## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FREEDOM WATCH, Inc. | ) |
|  | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 1:19-cv-01374-RC |
| v. | ) |
|  | ) |
| KEVIN K. MCALEENAN, | ) |
| Acting Director, | ) |
| Department of Homeland Security, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Colin A. Kisor, Deputy Director, U.S. Department of Justice, Civil Division, Office of Immigration Litigation, District Court Section, as counsel for Defendant, in his official capacity, in the above-captioned case.

Dated:  May 28, 2019                    Respectfully submitted,

*/s/ Colin A. Kisor*
COLIN A. KISOR
Deputy Director
U.S. Department of Justice
Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
(202) 532-4331
colin.kisor@usdoj.gov

**CERTIFICATE OF SERVICE**

Civil Action No. 1:19-cv-01374-RC

I HEREBY CERTIFY that on May 28, 2019, a true copy of this Notice of

Appearance was filed with the Clerk of the Court using the CM/ECF system which

sent notification of such filing via e-mail to the following:

Larry Klayman, Esq
General Counsel
Freedom Watch, Inc.
2020 Pennsylvania Ave. N.W.
Suite 345
Washington, D.C. 20006
leklayman@gmail.com

ATTORNEY FOR PLAINTIFF

                */s/ Colin A. Kisor*
                COLIN A. KISOR
                Deputy Director
                United States Department of Justice
                Civil Division
                Office of Immigration Litigation,
                District Court Section
                P.O. Box 868
                Ben Franklin Station
                Washington, DC 20044
                (202) 532-4331
                colin.kisor@usdoj.gov

                ATTORNEY FOR DEFENDANT